.JOHN T. PIERSON, substituted trustee et al., respondents,

*v.*

CAROLYN JONES et al., appellants.

[Decided October 17th, 1932.]

*Messrs. Martin & Reiley, Mr. Charles L. Hedden* and *Mr. Donald M. Waesche,* for the respondents.

*Messrs. Pitney, Hardin & Skinner,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported in *108 N. J. Eq. 453.*

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ. 13.

*For reversal*—None.